IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. WEST,

        Plaintiff,        CV F 07 0551 OWW WMW PC

   vs.                 FINDINGS AND RECOMMENDATION RE
                         MOTION FOR PRELIMINARY INJUNCTION  (DOC 7)

JAMES YATERS,

        Defendant.

     Plaintiff has filed a motion seeking preliminary injunctive relief.  Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at Pleasant Valley State Prison, is proceeding against correctional officials employed by the CDCR Pleasant Valley.

     On February 12, 2008, an order was entered, dismissing the complaint for failure to state a claim and granting Plaintiff leave to file an amended complaint.  The complaint was dismissed because Plaintiff failed to state a claim.  Specifically, the Court found that Plaintiff's complaint consisted of a rambling narrative that failed to charge the individual Defendant with specific conduct that constitutes a deprivation of a protected interest.

     Plaintiff seeks a preliminary injunction.  Plaintiff seeks an order directing the CDCR to stop denying the civil rights of Plaintiff and other inmates.  Plaintiff does not point to specific conduct by a specific individual that would cause him irreparable harm.  Further, there is no

operative pleading in this case.  Plaintiff has not stated a claim as to any of the defendants, and no defendant has been served or filed a response.  The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court. Zepeda v. United States I.N.S., 753 F.2d 719, 727 (9th Cir. 1983).

Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for injunctive relief be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within thirty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.   The parties are advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   February 21, 2008**            /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE