IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. WEST,

        Plaintiff,        CV F 07 0551 OWW WMW PC

  vs.                    ORDER VACATING
                            FINDINGS AND RECOMMENDATION

DEPT. OF CORRECTIONS, et al.,

        Defendants.

      On March 17, 2008, a recommendation of dismissal was entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint in compliance with the order of February 21, 2008. On March 18, 2008, Plaintiff filed a first amended complaint.

      Accordingly, IT IS HEREBY ORDERED that the March 17, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   March 24, 2008**                **/s/ William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE