IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. WEST,

        Plaintiff,        1: 07 CV 0551 OWW WMW PC

        vs.        ORDER RE MOTION (DOC 19)

JAMES A. YATES, et al.,

        Defendants.

      Plaintiff seeks an extension of time in which to file an amended complaint. Plaintiff has filed an amended complaint, which is before the court. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time is denied as moot.

IT IS SO ORDERED.

**Dated:**   **September 8, 2008**           /s/  **William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE